Michael A. SCOTT, Plaintiff–Appellant,

v.

LENDER PROCESSING SERVICES, INC.; Fidelity National Information Services, Inc.; DOCX LLC; US Bank National Association; DLJ Mortgage Capital, Inc.; Wells Fargo Bank National Association; Merscorp, Inc.; Ronald E. Meharg; Linda Green; Joshua J. Wessel; Sean Nix; Donna Hull, Defendants–Appellees.

No. 12–1586.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 7, 2012.

Decided: Sept. 17, 2012.

Michael A Scott, Appellant Pro Se. Joseph Townzen Rezabek, Leclair Ryan, PC, Richmond, Virginia; Stanley Graves Barr, Jr., Andrew Kelly Rudiger, Kaufman & Canoles, PC, Norfolk, Virginia, for Appellees.

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Scott appeals the district court's order granting the Appellants' motion to dismiss and for summary judgment and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. Lender Processing Servs.*, Inc., No. 2:11–cv–00298–RAJ–DEM (E.D.Va. April 2, 2012). We grant Scott's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*